# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Thai-Quang Quach,<br>Petitioner<br>-vs-<br>Luis Rosa, Jr., et al.,<br>Respondents. | CV-25-2937-PHX-JJT (JFM)<br><br>**Order** |

Under consideration is Petitioner's Motion to Exceed filed September 19, 2025 (Doc. 19). Petitioner seeks leave to file his simultaneously filed 41 page Motion for Preliminary Injunction (Doc. 18). Petitioner cites as cause the issues to be addressed. Although briefing on the motion is not complete, the Court finds further briefing unnecessary to a fair adjudication of the motion. The Court finds good cause to permit the expanded motion.

**IT IS THEREFORE ORDERED:**

(A) Petitioner's Motion to Exceed (Doc. 19) is **GRANTED**.

(B) Petitioner's Motion for Preliminary Injunction (Doc. 18) is **DEEMED** properly filed.

Dated: September 19, 2025

25-2937-019o Order 25 09 19 on Motion to Exceed.docx

James F. Metcalf
United States Magistrate Judge

- 1 -