1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Thai-Quang Quach,
Petitioner
-vs-
Luis Rosa, Jr., et al.,
Respondents.

CV-25-2937-PHX-JJT (JFM)

**Order**

11   Under consideration is Petitioner's Motion to Amend Briefing Schedule filed

12   September 19, 2025 (Doc. 20).  Petitioner reports that anticipated counsel for Respondents,

13   Assistant U.S. Attorney Tinsley, has consented to the filing of an amended petition (which

14   Petitioner has now filed (Doc. 17)) and the parties have agreed to extend Respondents'

15   time to respond the Amended Petition (Doc. 17) and Petitioner's recently filed Motion for

16   Preliminary Injunction (Doc. 18).  The Court finds good cause to grant the extensions.

17   **IT IS THEREFORE ORDERED:**

18   (A)  Petitioner's Motion to Amend Briefing Schedule (Doc. 20) is **GRANTED** to the

19        extent of the relief provided herein.

20   (B)  Respondents have through **October 14, 2025** to respond to the Amended Petition

21        (Doc. 17), and to respond to the Motion for Preliminary Injunction (Doc. 18).

22   (C)  Petitioner has seven days from the filing of such response(s) to reply thereto.

23
24   Dated: September 19, 2025

James F. Metcalf
United States Magistrate Judge

25   25-2937-020o Order 25 09 19 on Motion to Amend Briefing Schedule.docx

26
27
28

- 1 -